**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7862

CHARLES FRANKLIN HARGETT, JR.,

Plaintiff - Appellant,

versus

MR. JACKSON; RON BELL; MS. DIAL; PAULA SMITH;
ROSEMARY JACKSON; PHILLIP E. STOVER,

Defendants - Appellees,

THEODIS BECK; BOYD BENNETT; BRENDA HARDEN;
SHIRLEY GREEN; JUDY FOGG; MS. BOYETTE; MS.
CARTER; GEORGE KENWORTHY; MR. HARRISON,

Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (CA-04-392-BO)

Submitted: April 27, 2006            Decided: May 4, 2006

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles Franklin Hargett, Jr., Appellant Pro Se. James Philip Allen, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Norwood Pitt Blanchard, III, CRANFILL, SUMNER & HARTZOG, L.L.P., Wilmington, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Franklin Hargett, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Hargett v. Jackson, No. CA-04-392-BO (E.D.N.C. Nov. 1, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 3 -